UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BOZIC, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>HENNY DEN UIJL an individual; SANDRA DEN UIJL, an individual; BRYAN CORLETT, an individual; OBESITY RESEARCH INSTITUTE, a California Limited Liability Company; CONTINUITY PRODUCTS, a Delaware Limited Liability Company; NATIONAL WEIGHT LOSS INSTITUTE, a California Limited Liability Company; ZODIAC FOUNDATION, a California Limited Liability Company; CONVERSION SYSTEMS, a California Limited Liability Company; INNOTRAC CORPORATION, a Georgia corporation,<br><br>Defendants. | CASE NO. 2:17-CV-00222-MCE-KJN<br><br>**ORDER ON STIPULATION AND JOINT MOTION FOR LEAVE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7<br><br>Complaint filed: March 29, 2016 |

Presently before the Court is the Parties' Stipulation and Joint Motion for Leave for Defendants Henny den Uijl; Sandra den Uijl; Obesity Research Institute, LLC; Continuity Products, LLC; National Weight Loss Institute, LLC; Zodiac Foundation, LLC; and Innotrac Corp. (collectively, "Defendants") to File a Response to Plaintiff Regina Bozic's Response (ECF No. 58) to the Court's Order to Show Cause as to why this matter should not be stayed (ECF No. 55) (the "Order to Show Cause"). After reviewing the Stipulation and Joint Motion, and good cause appearing, the Court hereby approves the Stipulation and GRANTS the Joint Motion.

The Court hereby GRANTS leave for Defendants to file a response to Plaintiff's Response to the Order to Show Cause. Defendants' response shall not exceed ten (10) pages in length, exclusive of exhibits, and shall be filed no later than fourteen (14) days from the date of electronic filing of this Order.

IT IS SO ORDERED.

Dated: June 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1117996/33422273v.1

ORDER ON JOINT MOTION FOR LEAVE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
Case No.: 2:17-cv-00222-MCE-KJN