# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BOZIC, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HENNY DEN UIJL; an individual, SANDRA DEN UIJL; an individual, BRYAN CORLETT; an individual, OBESITY RESEARCH INSTITUTE, a California Limited Liability Company, CONTINUITY PRODUCTS, a Delaware Limited Liability Company; NATIONAL WEIGHT LOSS INSTITUTE, a California Limited Liability Company; ZODIAC FOUNDATION. a California Limited Liability Company; CONVERSION SYSTEMS, a California Limited Liability Company; INNOTRAC CORPORATION, a Georgia Corporation,<br><br>　　　　　　　　Defendants. | Case No. 2:17-cv-00222-MCE-EFB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Judge Morrison C. England, Jr. |

-1-

*Bozic et al. v. den Uijl et al..*, CASE NO. 2:17-CV-00222-MCE-EFB
ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Before the Court is the Parties' Joint Stipulation for Voluntary Dismissal of Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby GRANTS the Parties' Joint Stipulation and Plaintiff's claims in this action are hereby DISMISSED WITH PREJUDICE. Each Party shall bear their own attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE